### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **WILLIAM GILLIAM,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CASE NO. 3:20-CV-2366-M-BK** |
| | § | |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| **DEFENDANT.** | § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions, and a Recommendation on Defendant's *Motion to Dismiss Plaintiff's Complaint with Prejudice* and Plaintiff's *Motion for Fed. R. Civ. P. 11 Sanctions*. Objections were filed, and the Court has made a de novo review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's *Motion to Dismiss Plaintiff's Complaint with Prejudice* is **GRANTED IN PART**. Plaintiff's claims for tax mitigation and failure to release lien claims are **DISMISSED WITH PREJUDICE.** Plaintiff's unauthorized collection of taxes and fraud on the court claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing an amended complaint. If, within 14 days, Plaintiff fails to amend his complaint, only to demonstrate exhaustion and to cure the other deficiencies noted in the Findings, Conclusion and Recommendation, at the re-urging of Defendants those claims will be **DISMISSED WITH PREJUDICE** if the deficiencies have not been cured. Plaintiff's *Motion for Fed. R. Civ. P. 11 Sanctions* is **DENIED**; to the extent the Objections seek reconsideration of the ruling on sanctions, this Court has independently reviewed the Magistrate Judge's Recommendation, and agrees with it.

**SO ORDERED** this 14th day of September, 2021.

BARBARA M. G. LYNN
CHIEF JUDGE