IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM JEFFREY GILLIAM,<br>　　　PLAINTIFF,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br>　　　DEFENDANT. | §<br>§<br>§<br>§　　CASE NO. 3:20-CV-2366-M-BK<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. Objections were filed, and the Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's motion, Doc. 40, is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk of the Court is directed to close this case.

　　**SO ORDERED** this 8th day of July, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE